**DISMISS and Opinion Filed February 27, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00821-CV

### ASHLEY JIMENEZ MCQUEEN, Appellant
### V.
### SELF STORAGE HIGHWAY 66 LIMITED PARTNERSHIP, DBA LUXIA CRAIG RANCH II, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01795-2022**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Smith

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 4, 2023. By postcard dated January 20, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


    /Craig Smith/
    CRAIG SMITH
    JUSTICE

220821F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ASHLEY JIMENEZ MCQUEEN,
Appellant

No. 05-22-00821-CV      V.

SELF STORAGE HIGHWAY 66
LIMITED PARTNERSHIP, DBA
LUXIA CRAIG RANCH II,
Appellee

On Appeal from the County Court at
Law No. 5, Collin County, Texas
Trial Court Cause No. 005-01795-
2022.
Opinion delivered by Justice Smith.
Justices Partida-Kipness and
Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 27, 2023